# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

David Jason Rothenberg,

    Plaintiff(s),

v.

State Farm Mutual Automobile Insurance Company,

    Defendant(s).

Case No. 2:26-cv-00353-CDS-NJK

**Order**

Defendant removed this case on diversity jurisdiction grounds.  Docket No. 1.

Defendant has not filed a certificate of interested parties as required by the federal and local rules.  *See* Fed. R. Civ. P. 7.1; Local Rule 7.1-1.  In addition, Defendant neither attached its answer to the removal papers nor has filed an answer since removal, so it is unclear whether Defendant has responded to the complaint.[1]

Accordingly, Defendant must file, by March 23, 2026, a certificate of interested parties.  In addition, Defendant must file, by March 23, 2026, either a notice attaching its answer already-filed in state court or its response to the complaint if an answer was not filed previously.

IT IS SO ORDERED.

Dated: March 16, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] If Defendant did not answer the complaint in state court, its response to the complaint is now long overdue. *See* Fed. R. Civ. P. 81(c)(2).

1